UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20731 CR COHN/SELTZER

21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1) & (b)(1)
18 U.S.C. § 922(g)(1)
21 U.S.C. § 853
18 U.S.C. § 924(d)(1)

FILED BY __TB__

**Sep 17, 2015**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI FLORIDA

**UNITED STATES OF AMERICA**

vs.

**HERIBERTO JESUS MARTINEZ,**
    a/k/a "Eddie,"
**QUINETTA ALEKIA TAYLOR,**
    a/k/a "Netta,"
**LYSIAK BELL,**
    a/k/a "Psyche,"
**DARLEEN MURIELSHERRI JORDAN,**
    a/k/a "BM,"
**CRYSTAL LATOYA LITTLE,**
**KENYATE JEROME KING,**
    a/k/a "Brady,"
**MICHAEL JEROME KING,**
    a/k/a "Nick,"
    a/k/a "Ugly,"
**TERELL LORENZO BIBBY,**
    a/k/a "Rell,"
**MOISE DIROSIER,**
    a/k/a "Moe,"
    a/k/a "Mo,"
**XAVIER HURON SANDERS,**
    a/k/a "Xae,"
**PAUL JARROD ANTHONY,**
    a/k/a "PJ," and
**WILLIAM HENRY JEROME THOMAS,**

    **Defendants.**
_____ /

**INDICTMENT**

1

The Grand Jury charges that:

## COUNT 1

From in or around December 2014, through on or about August 26, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

> **HERIBERTO JESUS MARTINEZ,**
> a/k/a "Eddie,"
> **QUINETTA ALEKIA TAYLOR,**
> a/k/a "Netta,"
> **LYSIAK BELL,**
> a/k/a "Psyche,"
> **DARLEEN MURIELSHERRI JORDAN,**
> a/k/a "BM,"
> **CRYSTAL LATOYA LITTLE,**
> **KENYATE JEROME KING,**
> a/k/a "Brady,"
> **MICHAEL JEROME KING,**
> a/k/a "Nick,"
> a/k/a "Ugly,"
> **TERELL LORENZO BIBBY,**
> a/k/a "Rell,"
> **MOISE DIROSIER,**
> a/k/a "Moe,"
> a/k/a "Mo,"
> **XAVIER HURON SANDERS,**
> a/k/a "Xae,"
> **PAUL JARROD ANTHONY,**
> a/k/a "PJ," and
> **WILLIAM HENRY JEROME THOMAS,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendants **HERIBERTO JESUS MARTINEZ, QUINETTA ALEKIA TAYLOR, LYSIAK BELL, DARLEEN MURIELSHERRI JORDAN, KENYATE**

**JEROME KING, MICHAEL JEROME KING,** and **XAVIER HURON SANDERS,** it is further alleged that a controlled substance involved in the conspiracy attributable to each of these defendants as a result of his/her own conduct, and the conduct of other conspirators reasonably foreseeable to him/her, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

With respect to defendants **TERELL LORENZO BIBBY** and **MOISE DIROSIER,** it is further alleged that a controlled substance involved in the conspiracy attributable to each of these defendants as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

With respect to defendants **CRYSTAL LATOYA LITTLE** and **PAUL JARROD ANTHONY,** it is further alleged that a controlled substance involved in the conspiracy attributable to this defendant as a result of his/her own conduct, and the conduct of other conspirators reasonably foreseeable to him/her, is a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to defendants **MOISE DIROSIER** and **WILLIAM HENRY JEROME THOMAS,** it is further alleged that a controlled substance involved in the conspiracy attributable to each of these defendants as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," in

violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

## COUNT 2

On or about February 17, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**TERELL LORENZO BIBBY,**
a/k/a "Rell," and
**PAUL JARROD ANTHONY,**
a/k/a "PJ,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

On or about May 20, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MOISE DIROSIER,**
a/k/a "Moe,"
a/k/a "Mo,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 4

On or about May 26, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MOISE DIROSIER,**
a/k/a "Moe,"
a/k/a "Mo,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 5

On or about June 17, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MOISE DIROSIER,**
a/k/a "Moe,"
a/k/a "Mo,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 6

On or about July 9, 2015, in Miami-Dade County, in the Southern District of Florida, the

defendant,

**MOISE DIROSIER,**
a/k/a "Moe,"
a/k/a "Mo,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 7

On or about July 22, 2015, in Miami-Dade County, in the Southern District of Florida, the defendants,

**MOISE DIROSIER,**
a/k/a "Moe,"
a/k/a "Mo," and
**WILLIAM HENRY JEROME THOMAS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

## COUNT 8

On or about July 31, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**QUINETTA ALEKIA TAYLOR,**
a/k/a "Netta,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 9

On or about August 26, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**LYSIAK BELL,**
a/k/a "Psyche,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 10

On or about August 26, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**MOISE DIROSIER,**
a/k/a "Moe,"

7

a/k/a "Mo,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine."

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 11

On or about August 26, 2015, in West Palm Beach County, in the Southern District of Florida, the defendant,

**XAVIER HURON SANDERS,**
a/k/a "Xae,"

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that said firearm and ammunition are:

    a. One (1) Glock Model 26, 9mm handgun; and

    b. Eight (8) rounds of 9mm ammunition.

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 through 11 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of

America of certain property in which one or more of the defendants has an interest.

2. Upon conviction of any of the violations alleged in Counts 1 through 10 of this Indictment, the defendant so convicted shall forfeit to the United States all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and in any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of the violation alleged in Count 11 of this Indictment, and any other violation of criminal law alleged in this Indictment, the defendant so convicted shall forfeit to the United States any firearm and/or ammunition involved in or used in the commission of such violation.

4. The property which is subject to forfeiture includes, but is not limited to:

   a. One (1) 2010 Nissan Maxima, Vehicle Identification Number (VIN) 1N4AA5AP4AC853520, bearing license plate number CYZ B35;

   b. One (1) 2012 Dodge Grand Caravan, Vehicle Identification Number (VIN) 2C4RDGCG0CR358772; bearing license plate number 896 TAU;

   c. One (1) 2007 Ford F-150, Vehicle Identification Number (VIN) 1FTRW12W67FB06750; bearing license plate number 159 YIY;

   d. One (1) 2012 Buick Lacrosse, Vehicle Identification Number (VIN) 1G4GF5E3XCF325118; bearing license plate number EDT W39;

   e. One (1) 2013 Audi A5, Vehicle Identification Number (VIN) WAULFAFR3DA072038; bearing license plate number L70 NX;

   f. Approximately $171,029 in United States currency seized on August 26,

    2015 from a residence located on SW 137th Court, Homestead, Florida;

g.  Approximately $96,025 in United States currency seized on August 26, 2015 from a residence located on 12th Avenue South, St. Petersburg, Florida;

h.  Approximately $119,097 in United States currency seized on August 26, 2015 from a residence located on 72nd Avenue North, Pinellas Park, Florida;

i.  Approximately $12,300 in United States currency seized on August 26, 2015 from a residence located on SW 12th Street, Belle Glade, Florida;

j.  Approximately $35,975 in United States currency seized on August 26, 2015 from a residence and vehicle located on SW 278th Street, Homestead, Florida;

k.  Approximately $2,640 in United States currency seized on August 26, 2015 from a residence located on NW 93rd Street, Miami, Florida;

l.  One (1) Glock Model 26, 9mm handgun; and

m.  Eight (8) rounds of 9mm ammunition.

All pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d)(1) and the procedures set forth in Title 21, United States Code, Section 853 made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____, Chief, Crim Div
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ELINA A. RUBIN-SMITH
ASSISTANT UNITED STATES ATTORNEY