**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:15-mj-1680 AEP | **DATE:** | 10/8/15 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENYATE JEROME KING<br>MICHAEL JEROME KING | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Maria Chapa Lopez or Dan Baeza, AUSA | |
| | | **DEFENSE COUNSEL**<br>Dionja Dyer, AFPD for Michael King<br>Daniel Castillo, Esq CJA for Kenyate King | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lynne Vito |
| **TIME** 3:16 to 3:24 | **TOTAL:** min | **PROBATION:** | |
| | | **COURTROOM:** | 10A |

**BOTH DEFENDANTS:**

**PROCEEDINGS: INITIAL APPEARANCE; Removal hearing, Rule 5** -

Defendants provided w/copy of INDICTMENT       ARREST DATE: 10/8/15

Defendants advised of rights and charges.

Financial Affidavits submitted.

Dionja Dyer, AFPD appointed for Michael King

Daniel Castillo, Esq CJA appointed for Kenyate King

BOTH Defendants: Identity hearing waived.

Bond:   Government moves for detention based on presumption, as to BOTH defendants
        BOTH Defendants: waive bond in this district. Request hearing to be held in charging district.

Defendant is ordered detained, to be transported to the Southern District of Florida

Defendant remanded to custody of USMS